UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH MARIE STROPE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:20-cv-01222-JDP<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>ECF No. 2 |

Plaintiff Sarah Marie Strope proceeds in this Social Security appeal represented by counsel. Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. ECF No. 2. Plaintiff has submitted a declaration regarding her financial circumstances. *Id*. The court finds that plaintiff's declaration satisfies the requirements of § 1915 and therefore grants the motion to proceed *in forma pauperis*. The court will also direct a United States Marshal to serve defendant Commissioner of Social Security. *See* Fed. R. Civ. P. 4(c)(3).

**Order**

    a. Plaintiff's motion for leave to proceed *in forma pauperis* is granted.

    b. The court orders service of process on defendant:

        i. The clerk must issue summons.

        ii. The United States Marshals Service must serve a copy of the complaint, summons, and this order on defendant.

        iii. Plaintiff must assist the marshal upon request.

    iv.  The United States will advance all costs of service.

IT IS SO ORDERED.

Dated: <u>     September 1, 2020     </u>                    _____
                                                                                   UNITED STATES MAGISTRATE JUDGE

No. 205.

2